# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) Case No. 16-CR-1505-MMA |
|---|---|
| Plaintiff, | ) **ORDER AND JUDGMENT OF DISMISSAL OF SUPERSEDING INFORMATION** |
| v. | ) |
| JAMES PHILIP CLINE, Defendant. | ) [Doc. No. 62] |

Upon the government's motion, good cause appearing,

**IT IS HEREBY ORDERED** that the Superseding Information in the above entitled case be dismissed.

**IT IS SO ORDERED**.

DATE: August 11, 2017

HON. MICHAEL M. ANELLO
United States District Judge